■ MARION J. LIBERATI et al., Respondents, v JOHN PARK, Appellant, et al., Defendant. — Order unanimously affirmed, with costs (see *Peterwanda, Inc. v Birnbaum*, 79 AD2d 1103; *Sortino v Fisher*, 20 AD2d 25). (Appeal from order of

Supreme Court, Erie County, Bayger, J. — malpractice.) Present — Dillon, P. J., Denman, Boomer, Green and Schnepp, JJ.